IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Teso LT, UAB, Metacluster LT, UAB, and Code200, UAB,<br><br>   Plaintiffs,<br><br>   v.<br><br>Luminati Networks Ltd. and EMK Capital LLP,<br><br>   Defendants. | Civil Action No. 2:20-cv-00073<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' NOTICE OF RELATED CASES**

Plaintiffs Teso LT, UAB, Metacluster LT, UAB, and Code200, UAB hereby advise that the Court may find that this case is related to the following cases:

- *Luminati Networks Ltd. v. UAB Tesonet*, Case No. Case 2:18-cv-00299-JRG (E.D. Tex.) (filed July 19, 2018);

- *Luminati Networks Ltd. v. Teso LT, UAB et al.*, Case No. 2:19-cv-00395-JRG (E.D. Tex.) (filed December 6, 2019); and

- *Luminati Networks Ltd. v. Code200, UAB et al.*, Case No. 2:19-cv-00396-JRG (E.D. Tex.) (filed December 6, 2019).

1

Dated: March 5, 2020

Respectfully submitted,

*/s/ Steven Callahan*

MICHAEL C. SMITH
  Texas State Bar No. 18650410
  michaelsmith@siebman.com
**SIEBMAN, FORREST,**
**BURG & SMITH LLP**
113 East Austin Street
Marshall, Texas 75671
Telephone: (903) 938-8900
Telecopier: (972) 767-4620

STEVEN CALLAHAN
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
CRAIG TOLLIVER
  Texas State Bar No. 24028049
  ctolliver@ccrglaw.com
GEORGE T. "JORDE" SCOTT
  Texas State Bar No. 24061276
  jscott@ccrglaw.com
**CHARHON CALLAHAN**
**ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Plaintiffs Teso LT, UAB,*
*Metacluster LT, UAB, and Code200, UAB*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on March 5, 2020. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Steven Callahan*

STEVEN CALLAHAN