**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TESO LT, UAB, METACLUSTER LT, UAB, CODE200, UAB,<br><br>*Plaintiffs*,<br><br>v.<br><br>LUMINATI NETWORKS LTD., EMK CAPITAL, LLP,<br><br>*Defendants*. | § § § § § § § § § § § § § § CIVIL ACTION NO. 2:20-CV-00073-JRG |

## ORDER

Before the Court is Defendant Luminati Networks Ltd.'s ("Defendant") Unopposed Motion to Change the Case Caption to Reflect Defendant's Name Change (the "Motion"). (Dkt. No. 60). In the Motion, Defendant moves the Court for a case caption reflecting Defendant's change of name from Luminati Networks Ltd. to Bright Data Ltd.

Having considered the Motion, and in light of its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that the case caption be updated to reflect that Defendant's name changed from Luminati Networks Ltd. to Bright Data Ltd.

So Ordered this

Mar 30, 2021

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE