IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TESO LT, UAB, METACLUSTER LT, UAB, AND CODE200, UAB,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRIGHT DATA LTD. AND EMK CAPITAL LLP,<br><br>    Defendants. | Case No.  2:20-cv-00073-JRG |

**JOINT STIPULATION AND MOTION TO DISMISS CASE IN ITS ENTIRETY**

Plaintiffs Teso LT, UAB, Metacluster LT, UAB, and Code200, UAB (collectively, "Plaintiffs"), and Defendants Bright Data Ltd. and EMK Capital LLP (collectively, "Defendants") (Plaintiffs and Defendants, collectively, the "Parties") file this joint stipulation and motion to dismiss all claims and counterclaims asserted in the above-referenced litigation with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties shall bear their own respective attorney's fees and costs regarding the dismissed causes of action.

1

Dated: April 19, 2021            Respectfully submitted,

/s/ *Michael C. Smith*
MICHAEL C. SMITH
  Texas State Bar No. 18650410
  michaelsmith@siebman.com
**SIEBMAN, FORREST,**
**BURG & SMITH LLP**
113 East Austin Street
Marshall, Texas 75671
Telephone: (903) 938-8900
Telecopier: (972) 767-4620

STEVEN CALLAHAN
  Texas State Bar No. 24053122
  scallahan@ccrglaw.com
CRAIG TOLLIVER
  Texas State Bar No. 24028049
  ctolliver@ccrglaw.com
GEORGE T. "JORDE" SCOTT
  Texas State Bar No. 24061276
  jscott@ccrglaw.com
MITCHELL SIBLEY
  Texas State Bar No. 24073097
  msibley@ccrglaw.com
**CHARHON CALLAHAN**
**ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*Counsel for Plaintiffs Teso LT, UAB, Oxysales, UAB, and Metacluster LT, UAB*

Dated: April 19, 2021                           Respectfully submitted,

/s/   Korula T. Cherian
J. MARK MANN
  Texas State Bar No. 12926150
  mark@themannfirm.com
G. BLAKE THOMPSON
  Texas State Bar No. 24042033
  blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
Telephone: (903) 657-8540
Telecopier: (903) 657-6003

KORULA T. CHERIAN
  sunnyc@ruyakcherian.com
ROBERT HARKINS
  bobh@ruyakcherian.com
**RUYAKCHERIAN LLP**
1936 University Avenue, Suite 350
Berkeley, California 94702
Telephone: (510) 944-0192

RONALD WIELKOPOLSKI
  ronw@ruyakcherian.com
**RUYAKCHERIAN LLP**
1901 L Street, NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560

S. CALVIN CAPSHAW
  Texas State Bar No. 03783900
  ccapshaw@capshawlaw.com
ELIZABETH L. DERIEUX

                            Texas State Bar No. 05770585
                            ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 845-5770

*Counsel for Defendant Bright Data, Ltd.*

Dated: April 19, 2021                 Respectfully submitted,

                                        By: */s/ Robert Christopher Bunt*

                                        Robert Christopher Bunt
                                        Texas Bar No. 0787165
                                        Parker Bunt & Ainsworth, PC
                                        100 E. Ferguson, Suite 418
                                        Tyler, Texas 75702
                                        903-531-3535
                                        rcbunt@pbatyler.com

                                        *Counsel for Defendant EMK Capital LLP*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on April 19, 2020. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

<u>/s/ Korula T. Cherian</u>

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the counsels for the parties have complied with Local Rule CV-7(h).  Counsel participating include: Steven Callahan on behalf of Plaintiffs; Robert Harkins on behalf of Bright Data and Chris Bunt on behalf of EMK Capital LLC.  Following the meet and confer on April 18, 2021 and April 19, 2021, the parties reached agreement.  Defendants join this motion.

<u>/s/ Korula T. Cherian</u>