# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TESO LT, UAB, METACLUSTER LT, UAB, CODE200, UAB, § § § | |
| *Plaintiffs*, § § | |
| v. § | CIVIL ACTION NO. 2:20-CV-00073-JRG |
| § | |
| BRIGHT DATA LTD., EMK CAPITAL, LLP, § § § § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Joint Stipulation and Motion to Dismiss Case in its Entirety (the "Stipulation") filed and signed by Plaintiffs Teso LT, UAB, Metacluster LT, UAB, and Code200, UAB (collectively, "Plaintiffs") and Defendants Bright Data Ltd. and EMK Capital, LLP (collectively, "Defendants"). (Dkt. No. 70). In the same, the parties stipulate to dismissal with prejudice of all claims by and between them in the above-captioned matter.

Having considered the Stipulation, the Court is of the opinion that the same should be and hereby is **ACCEPTED AND ACKNOWLEDGED**. Accordingly, the Court **RECOGNIZES** that all claims and counterclaims asserted in the above-captioned matter are **DISMISSED WITH PREJUDICE**. It is **ORDERED** that each party shall bear its own costs, fees, and expenses. All requests for relief not expressly granted herein are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** the above-captioned matter.

**So Ordered this**

**Apr 20, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE