AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____for the Eastern District of Texas____ on the following

☐ Trademarks or  ☑ Patents.  ( ☑ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:20-cv-00073-JRG | DATE FILED<br>3/5/2020 | U.S. DISTRICT COURT<br>for the Eastern District of Texas |
|---|---|---|
| PLAINTIFF<br>Teso LT, UAB, Metacluster LT, UAB, and Code200, UAB | | DEFENDANT<br>Luminati Networks Ltd. and EMK Capital LLP |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,241,044 | 1/19/2016 | Luminati Networks Ltd. |
| 2 | 9,742,866 | 8/22/2017 | Luminati Networks Ltd. |
| 3 | 10,469,614 | 11/19/2019 | Luminati Networks Ltd. |
| 4 | 10,484,510 | 11/19/2019 | Luminati Networks Ltd. |
| 5 | 10,257,319 | 11/19/2019 | Luminati Networks Ltd. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order dated April 20, 2021 dismissing all claims and counterclaims with prejudice pursuant to Joint Stipulation and Motion to Dismiss Case in its Entirety. |

| CLERK<br>David A. O'Toole | (BY) DEPUTY CLERK | DATE<br>4/29/21 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**

[Print]  [Save As...]  [Reset]